DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        jdelcastillo@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Plaintiff
GEOFF WINKLER, RECEIVER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM S. REYNER, JR., an individual; WILLIAM S. REYNER, JR., as trustee of the WILLIAM S. REYNER, JR. TRUST; REYNER FAMILY PARTNERS, L.P., a California limited partnership; and WILLIAM S. REYNER III, an individual,<br><br>　　　　Defendants. | Case No. 2:22-cv-00800-FMO-AFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE HONORABLE FERNANDO M. OLGUIN, UNITED STATES DISTRICT JUDGE AND ALL INTERESTED PARTIES:**

 **PLEASE TAKE NOTICE** that plaintiff Geoff Winkler (the "<u>Receiver</u>"), the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and defendants William S. Reyner, Jr., individually and in his capacity as the trustee of the William S. Reyner, Jr. Trust, Reyner Family Partners, L.P., and William S. Reyner III (collectively, the "<u>Defendants</u>") have agreed upon the terms of a settlement to resolve the subject dispute in the above-captioned civil action.

 After months of negotiating the terms of a settlement, which include a settlement payment to the Receiver in exchange for a resolution and release of the subject dispute, as well as a resolution and release of the dispute in the related civil action styled *Winkler v. 915 Elm Avenue CVL, LLC* and bearing Case no. 2:21-cv-00869-FMO-AFM (the "<u>CVL Action</u>"), the Parties, along with 915 Elm Avenue CVL, LLC ("<u>CVL</u>"), the defendant in the CVL Action, have now memorialized and executed a formal settlement agreement (the "<u>Settlement Agreement</u>"), but the Settlement Agreement's effectiveness remains conditioned upon (a) the Receiver's site visit of CVL's business premises and confirmation of the lack of any material issues therewith and (b) this Court's approval of the Settlement Agreement. Given the nature of the Receiver's position as a Court-appointed fiduciary in the related action before this Court captioned as *SEC v. Iannelli, et al.* and bearing Case No. 2:18-cv-05008-FMO-AFM (the "<u>Receivership Action</u>") and in accordance with the applicable order entered by this Court in the Receivership Action, the Settlement Agreement will be submitted for Court approval in either the Receivership Action or the above-captioned action via stipulation, motion, or application, as appropriate.

/ / /

/ / /

/ / /

In accordance with the terms of the Settlement Agreement, the Parties intend for such stipulation, motion, or application to be filed as soon as practicable, but in no case any later than 30 days following the Receiver's site visit of CVL's business premises.

Dated: July 19, 2022

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM

By: _____*/s/ Matthew D. Pham*_____
MATTHEW D. PHAM
Attorneys for Plaintiff
GEOFF WINKLER, RECEIVER

Dated: July 19, 2022

CAPELLO & NOEL LLP
DAVID L. COUSINEAU

By: _____*/s/ David L. Cousineau*_____
DAVID L. COUSINEAU
Attorneys for Defendant
WILLIAM S. REYNER, JR., individually and in his capacity as trustee of the WILLIAM S. REYNER, JR. TRUST; REYNER FAMILY PARTNERS, L.P.; and WILLIAM S. REYNER III

## **SIGNATURE CERTIFICATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 19, 2022

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
MATTHEW D. PHAM

By: _____*/s/ Matthew D. Pham*_____
MATTHEW D. PHAM
Attorneys for Plaintiff
GEOFF WINKLER, RECEIVER