UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORP.,<br><br>Defendants. | Case No. 2:18-cv-05008-FMO-AFM<br><br>2:21-cv-0869-FMO-AFM<br><br>2:22-cv-0800 FMO-AFM<br><br>ORDER GRANTING MOTION OF RECEIVER, GEOFF WINKLER, FOR ORDER APPROVING AND AUTHORIZING PERFORMANCE OF SETTLEMENT AGREEMENT |

**<u>ORDER</u>**

Before this Court is the Motion of the Court-appointed Receiver, Geoff Winkler (the "Receiver'") for Order Approving and Authorizing Performance of Settlement Agreement (the "Motion").  By the Motion, the Receiver requests that the Court approve and authorize the performance of a Settlement Agreement and Mutual Release ("Settlement Agreement") intended to settle and fully resolve the litigation styled <u>Winkler v. 915 Elm Avenue CVL, LLC</u>, Case No. 2:21-cv-00869-FMO-AFM and <u>Winkler v. Reyner, et al.</u>, Case No. 2:22-cv-0800-FMO-AFM.

This Court, having considered the Receiver's Motion, the supporting Declaration of Geoff Winkler, and any other materials filed in connection with the Motion, and good cause appearing therefor, ORDERS as follows:

4858-1232-2865

1.    The Receiver's Motion is GRANTED, in its entirety;

2.    The Settlement Agreement, as identified in the Motion, and appended to the supporting Declaration of Geoff Winkler as **Exhibit 1**, is hereby APPROVED; and

3.    The Court AUTHORIZES all parties to the Settlement Agreement to perform their obligations under the Settlement Agreement.

4.    The Clerk shall file the Motion, and Proposed Order in <u>Winkler v. 915 Elm Avenue CVL, LLC</u>, CV 21-0869 and <u>Winkler v. Reyner, et al.</u>, CV 22-0800.

SO ORDERED.

Dated: September 19, 2022              /s/

Hon. Fernando M. Olguin
Judge, United States District Court