JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, RECEIVER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM S. REYNER, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-0800-FMO-AFM<br><br>ORDER ON JOINT STIPULATION REGARDING DISMISSAL OF ACTION, WITH PREJUDICE<br><br>Judge Hon. Fernando M. Olguin |

## **ORDER**

This Court, having considered the Joint Stipulation Regarding Dismissal of Action, With Prejudice (the "Joint Stipulation") made by and between Plaintiff Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and Defendants William S. Reyner, Jr.; William S. Reyner, Jr., as trustee of the William S. Reyner Jr. Trust; Reyner Family Partners, L.P.; and William S. Reyner III (collectively, with the Receiver, the "Parties"), and good cause appearing therefore, ORDERS as follows:

1. The Joint Stipulation is granted;

2. The above-entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii); and

3.   The Parties shall bear their own respective attorneys' fees and expenses incurred in the above-entitled action.

**SO ORDERED.**

Dated:  October 4, 2022

/s/
_____
Hon. Fernando M. Olguin
Judge, United States District Court